**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARIE DOCTEUR,

    Plaintiff,

v.                                                    Case No. 6:22-cv-83-WWB-EJK

NORTHPORT HEALTH SERVICES OF
FLORIDA, LLC,

    Defendant.

---

## **ORDER**

THIS CAUSE is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 17), filed November 4, 2022. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on November 14, 2022.

*/s/ Wendy W. Berger*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record